UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-292-F

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO AMEND RELEASE CONDITIONS |
| COI S. REID | |

This matter having come before the Court by motion of the Office of the Federal Public Defender to amend the release conditions of the Defendant pending sentencing, and for good cause shown, it is hereby ORDERED that the Defendant shall be restricted to travel to the Eastern District of North Carolina as well as Durham, N.C.

The Paragraph 7(f) of the Order Setting Conditions of Release, filed December 3, 2013, shall be amended to allow travel to Durham, N.C. All other conditions remain the same.

IT IS SO ORDERED.

This  2  day of April, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge