UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Coi S. Reid**                                                            **Docket No. 5:13-CR-292-1F**

**Petition for Action on Probation**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Coi S. Reid, who, upon an earlier plea of guilty to Conspiracy to Commit an Offense Against The United States, in violation of 18 U.S.C. 371, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on July 15, 2014, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant exhibited difficulty complying with the home confinement program since beginning the program on July 18, 2014. Reid has numerous issues with abiding by her set leave time hours and has continuously returned home later than directed by the probation officer. Specifically, on April 7, 2015, Reid was unaccountable after work and did not return to her residence until 2:45AM. The defendant could not be reached on her cell phone by our on-call officer, and her whereabouts were unknown. It should be noted that Sr.USPO Michael Brittain and the undersigned officer have discussed our concerns directly with Reid regarding her non-compliance and need for closer adherence to her curfew hours on several occasions. Reid's term of home confinement is not scheduled to be completed until July 18, 2017. This officer verbally reprimanded the defendant for her actions, and we are recommending that Reid be required to complete one active jail weekend.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 6:00 p.m. Friday until 6:00 p.m. Monday for a period of (1) weekend, commencing as directed by the Bureau of Prisons and the Probation Office. She shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain | /s/Linwood E. King |
| Michael C. Brittain | Linwood E. King |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Ave, Room 610, |
| | Raleigh, NC 27601 |
| | Phone: 919-861-8682 |
| | Executed On: April 23, 2015 |

Coi S. Reid
Docket No. 5:13-CR-292-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 23rd day of April, 2015 and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge